FILED

SEP 27 2011

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAGHOO ORI,  JUDGMENT
 10-CV- 0853 (CBA)
               Plaintiff,

    -against-

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
------------------------------------------------------------X

        A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on September 21, 2011, remanding the case pursuant to the fourth sentence of 42 U.S.C. § 405(g); ordering that on remand, the Administrative Law Judge should: (a) if possible, secure testimony from Dr. Chou regarding Ori's condition from April 1996 to April 1998; (b) if possible, secure testimony from Dr. Chou regarding the reason for the April 1998 surgery; (c) if possible, secure testimony fro Dr. Chou regarding Ori's residual functional capacity from October 15, 1993 to the date last insured (including his condition post-surgery); and (d) determine Ori's entitlement to benefits, discussing, as necessary, any evidence developed on remand; and directing that because Ori's application for benefits has been pending for more than fifteen years, the Court urges the Commissioner to expedite these proceedings on remand; it is

        ORDERED and ADJUDGED that the case is remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g); that on remand, the Administrative Law Judge should: (a) if possible, secure testimony from Dr. Chou regarding Ori's condition from April 1996 to April 1998; (b) if possible, secure testimony from Dr. Chou regarding the reason for the April 1998

JUDGMENT
10-CV- 0853 (CBA)

surgery; (c) if possible, secure testimony from Dr. Chou regarding Ori's residual functional capacity from October 15, 1993 to the date last insured (including his condition post-surgery); and (d) determine Or's entitlement to benefits, discussing, as necessary, any evidence developed on remand; and that because Ori's application for benefits has been pending for more than fifteen years, the Court urges the Commissioner to expedite these proceedings on remand.

Dated: Brooklyn, New York
       September 26, 2011

/s/RCH
ROBERT C. HEINEMANN
Clerk of Court